IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE / DEXFENFLURAMINE PRODUCTS LIABILITY LITIGATION) : : : | MDL DOCKET NO. 1203 |

THIS ORDER RELATES TO THE
BUSH LEWIS, P.L.L.C. CASES
LISTED ON EXHIBITS A AND B

### PRETRIAL ORDER NO. _____

AND NOW TO WIT: This _____ day of _____ 2005 it having been advised that all claims between all the parties in the cases listed on Exhibits A and B have been settled, and upon Order of the Court pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby:

ORDERED that, pursuant to agreement of counsel, the actions listed on Exhibit A and B, including any and all claims, counterclaims, cross-claims and third party claims therein are DISMISSED with prejudice and without costs as to all parties.

MICHAEL E. KUNZ, Clerk of Court

BY:_____
    Ronald Vance
    Deputy Clerk

**EXHIBIT A**

Bush Lewis MDL Plaintiffs
Individually Filed Cases
12/23/2005

| # | Plaintiff's Name | MDL Case # | Transferor Court |
|---|---|---|---|
| 1 | Wiginton, Everett | 03-20757 | TXS |
| 2 | Wiginton, Vanessa Dale | 03-20757 | TXS |
| 3 | Pardue, Sheila | 04-20182 | TXN |
| 4 | Pardue, Steven | 04-20182 | TXN |
| 5 | Lassiter, Jimmy G | 04-20229 | NCM |
| 6 | Davis, Charles | 04-20233 | TXN |
| 7 | Davis, Trina | 04-20233 | TXN |
| 8 | Welch, Catherine M | 04-20291 | TXS |
| 9 | Welch, Robert L | 04-20291 | TXS |
| 10 | Holland, Tammy Patricia | 04-20369 | TXE |
| 11 | Westbrook, Ursura | 04-20397 | LAW |

**EXHIBIT B**

Bush Lewis MDL Plaintiffs
Multiple Plaintiff Cases
12/23/2005

| # | Plaintiff's Name | Case Name | MDL Case # | Transferor Court |
|---|---|---|---|---|
| 1 | Melton, Jack | Rutkowski, Kimberly L., et al. | 04-20032 | TXN |
| 2 | Melton, Rhonda Gayle | Rutkowski, Kimberly L., et al. | 04-20032 | TXN |
| 3 | Rutkowski, Jeff | Rutkowski, Kimberly L., et al. | 04-20032 | TXN |
| 4 | Rutkowski, Kimberly | Rutkowski, Kimberly L., et al. | 04-20032 | TXN |
| 5 | Hagger, Andre | Mercer, Joan A., et al. | 04-29840 | TXS |
| 6 | Hagger, Charlotte T | Mercer, Joan A., et al. | 04-29840 | TXS |
| 7 | Lopez, Bridget D | Mercer, Joan A., et al. | 04-29840 | TXS |
| 8 | Lopez, Perry | Mercer, Joan A., et al. | 04-29840 | TXS |
| 9 | Mercer, Don | Mercer, Joan A., et al. | 04-29840 | TXS |
| 10 | Mercer, Joan H. | Mercer, Joan A., et al. | 04-29840 | TXS |
| 11 | Reed, Amanda | Mercer, Joan A., et al. | 04-29840 | TXS |
| 12 | Reed, Keith H. | Mercer, Joan A., et al. | 04-29840 | TXS |